```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 06 B 14859
   GILBERT W SANDOVAL
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-3164

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/13/2006 and was confirmed 01/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/02/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
WELLS FARGO BANK         CURRENT MORTG        .00            .00           .00
WELLS FARGO BANK         MORTGAGE ARRE    4894.70            .00       4894.70
ARONSON FURNITURE        SECURED           815.00          13.30        815.00
ARONSON FURNITURE        UNSECURED         313.00            .00        313.00
SBC                      UNSECURED      NOT FILED            .00           .00
JUDES MEDICAL CENTER     UNSECURED      NOT FILED            .00           .00
FIRST PREMIER BANK       UNSECURED         224.82            .00        224.82
ECAST SETTLEMENT CORP    UNSECURED        1527.74            .00       1527.74
NICOR GAS                UNSECURED      NOT FILED            .00           .00
WELLS FARGO BANK NA      NOTICE ONLY    NOT FILED            .00           .00
ASSET ACCEPTANCE LLC     UNSECURED        1860.15            .00       1860.15
NEAL FELD                DEBTOR ATTY    2,240.00                      2,240.00
TOM VAUGHN               TRUSTEE                                        814.04
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              12,702.75

PRIORITY                                            .00
SECURED                                        5,709.70
   INTEREST                                       13.30
UNSECURED                                      3,925.71
ADMINISTRATIVE                                 2,240.00
TRUSTEE COMPENSATION                             814.04
DEBTOR REFUND                                       .00
                    --------------        --------------
TOTALS               12,702.75                12,702.75


            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 14859 GILBERT W SANDOVAL
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE